SIGNED at Houston, Texas, this **25th** day of **September, 2007.**

*[Signature: Nancy F. Atlas]*

Nancy F. Atlas
United States District Judge