IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PERFORMANCE AFTERMARKET
PARTS GROUP, LTD., a Texas
Limited Partnership, and G & C
AUTOMOTIVE DISTRIBUTORS, INC.,
a Texas Corporation,

      Plaintiffs,

Case No.: 4:05cv04251

v.

TI GROUP AUTOMOTIVE
SYSTEMS, LLC a Delaware
Limited Liability Company,

      Defendant.

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

At a session of said Court held in the United States District Court, Southern District of Texas, on  May 15, 2008

PRESENT:   THE HONORABLE NANCY F. ATLAS

This matter having come before the Court upon the stipulation of the parties; and the Court being fully informed in the premises,

IT IS ORDERED that the above-captioned action be, and it hereby is, dismissed in its entirety with prejudice and without costs or attorney fees to any party.

_____
Nancy F. Atlas
United States District Judge

_____
EPSTEIN BECKER GREEN WICKLIFF & HALL P.C.
By: Stephen R. Cochell
Attorneys for Plaintiffs

_____
HOWREY LLP
By: John R. Keville
Attorneys for Defendant